UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO. 5:11-cr-18-Oc-28TBS

JOSE DELACRUZ,

    Defendant.

## **ORDER STRIKING PLEADING**

This case comes before the Court on Defendant's Motion Requesting Appointment of Appellate Counsel (Doc. No. 30, filed December 5, 2011).

The Court notes that the motion was filed by Defendant in a *pro se* capacity although Defendant has counsel. Defendant's attention is directed to Rule 2.03(d), Local Rules of the United States District Court for the Middle District of Florida, which provides in pertinent part:

> Any party for whom a general appearance of counsel has been made shall not thereafter take any step or be heard in the case in proper person, absent prior leave of Court; nor shall any party, having previously elected to proceed in proper person, be permitted to obtain special or intermittent appearances of counsel except upon such conditions as the Court may specify.

Defendant has not sought or received leave of Court to file the above-referenced motion. Accordingly, the motion shall be disregarded by the Court and is hereby **STRICKEN** from the record.

DONE AND ORDERED at Orlando, Florida, this 24 day of January, 2012.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-3 1/24
Jose Delacruz
Counsel of Record